UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
APR 3 0 2004
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

U.S. SECURITY, CHARTERED BENEFIT )
SERVICES, INC., GLOBAL CONTACT )
SERVICES, INC., INFOCISION )
MANAGEMENT CORPORATION, and )
DIRECT MARKETING ASSOCIATION, )
INCORPORATED, )
       Plaintiffs, )   No. CIV 03-122-W
 )
v. )
 )
FEDERAL TRADE COMMISSION, )
       Defendant. )
_____ )

### JUDGMENT

Pursuant to the Order filed on September 23, 2003, this Court granted summary judgment in favor of defendant Federal Trade Commission with respect to counts V through IX of plaintiffs' First Amended Complaint. That portion of the Order was not appealed. Accordingly, judgment is entered in favor of the Federal Trade Commission with respect to those counts, and they are hereby dismissed. Further, pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit, which was filed in this Court on April 16, 2004, this Court enters judgment in favor of defendant Federal Trade Commission with respect to remaining counts of the complaint, and they are hereby dismissed.

Dated at Oklahoma City, Oklahoma, this 30 day of April, 2004.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE